UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**YUSUF S. ABDULLAH,** *et al.***,**

        **Plaintiffs,**

    v.

**DISTRICT OF COLUMBIA,** *et al.*

        **Defendants.**

C. A. No. 00CV01295 RJL

---

## NOTICE OF FILING

Pursuant to the Court's instructions at a hearing on February 12, 2004, counsel for the Plaintiffs and counsel for the Defendants jointly file the attached Final Order which, upon execution by the Court, will be transmitted to the Plaintiffs with an appropriate explanation.

        Respectfully submitted,

| | |
|---|---|
| Jonathan G. Axelrod (Bar No. 210245) | Cary D. Pollak (Bar No. 055400) |
| Beins, Axelrod, Kraft, Gleason & Gibson | Senior Litigation Counsel |
| 1717 Massachusetts Avenue, N.W. | Equity Division |
| Washington, D.C.   20036-2001 | |
| telephone: 202-328-7222 | Office of the Corporation Counsel |
| telecopier: 202-328-7030 | 441 4th Street, N.W.   6th Floor South |
| | Washington, D.C.   20001 |
| Counsel for the Plaintiffs | telephone: 202-724-6604 |
| | telecopier: 202-727-0431 |

 

James Baxley
Deputy General Counsel
District of Columbia Public Schools
825 N. Capitol Street N.E.
Washington, DC   20002

Date: February 13, 2004        Counsel for the Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**YUSUF S. ABDULLAH,** *et al.***,**

      **Plaintiffs,**

   v.

**DISTRICT OF COLUMBIA,** *et al.*

      **Defendants.**

C. A. No. 00CV01295 RJL

---

**FINAL ORDER**

Having considered the Settlement Agreement negotiated by counsel and noting that none of the 761 Plaintiffs has expressed opposition to the Settlement Agreement within the time specified by the Court, the Court concludes that the Settlement Agreement represents a fair and equitable resolution of a complex action under the Fair Labor Standards Act and satisfies the legitimate rights of the Plaintiffs.  Accordingly, it is hereby ORDERED, this ___ day of February, 2004, that

1. The Settlement Agreement is approved and Defendants shall begin making arrangements to pay the Plaintiffs who have signed and submitted Acceptances of the Settlement Agreement.

2. Counsel for the Plaintiffs and Defendants shall cooperate in obtaining correct current addresses for the Plaintiffs who have not yet submitted Acceptances of the Settlement Agreement.

3. Plaintiffs' counsel shall send notice to all Plaintiffs (at their last address of record) of this Order and of the Court's desire to dismiss this action on March 24, 2004 as to all Plaintiffs who have not submitted Acceptances of the Settlement Agreement.

_____
United States District Court Judge

serve:
Jonathan G. Axelrod, Esq.
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Avenue, N.W.
Washington, D.C.   20036-2001

Cary D. Pollak, Esq.
Office of the Corporation Counsel
441 4th Street, N.W.   6th Floor South
Washington, DC   20001

James Baxley, Esq.
Deputy General Counsel
District of Columbia Public Schools
825 N. Capitol Street N.E.
Washington, DC   20002