**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

FEB 20 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YUSUF S. ABDULLAH, *et al.*,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA, *et al.*

    Defendants.

C. A. No. 00CV01295 RJL

## FINAL ORDER

Having considered the Settlement Agreement negotiated by counsel and noting that none of the 761 Plaintiffs has expressed opposition to the Settlement Agreement within the time specified by the Court, the Court concludes that the Settlement Agreement represents a fair and equitable resolution of a complex action under the Fair Labor Standards Act and satisfies the legitimate rights of the Plaintiffs. Accordingly, it is hereby ORDERED, this 20th day of February, 2004, that

1. The Settlement Agreement is approved and Defendants shall begin making arrangements to pay the Plaintiffs who have signed and submitted Acceptances of the Settlement Agreement.

2. Counsel for the Plaintiffs and Defendants shall cooperate in obtaining correct current addresses for the Plaintiffs who have not yet submitted Acceptances of the Settlement Agreement.

3. Plaintiffs' counsel shall send notice to all Plaintiffs (at their last address of record) of this Order and of the Court's desire to dismiss this action on March 24, 2004 as to all Plaintiffs who have not submitted Acceptances of the Settlement Agreement.

                                                      _____
                                                      United States District Court Judge

