**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**YUSUF S. ABDULLAH,** *et al.***,**

        **Plaintiffs,**

        v.

**DISTRICT OF COLUMBIA,** *et al.*

        **Defendants.**

C. A. No. 00CV01295 RJL

---

### NOTICE OF FILING

Attached hereto for filing are signed Acceptance of Settlement forms received from 599 Plaintiffs as of March 31, 2004.

        Respectfully submitted,

---

Jonathan G. Axelrod (D C Bar No. 210245)
H. David Kelly, Jr. DC Bar No. 471254)
Beins, Axelrod, Kraft, Gleason & Gibson, P.C.
1717 Massachusetts Avenue, N.W.
Washington, D.C.  20036-2001
telephone: 202-328-7222
telecopier: 202-328-7030

Counsel for the Plaintiffs

March 31, 2004