UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


YUSUF S. ABDULLAH, et al.,

        Plaintiffs,

                                  C. A. No. 00CV01295 RJL

    v.

DISTRICT OF COLUMBIA, et al.,

        Defendants.


DEFENDANTS' CONSENT MOTION FOR ENTRY OF CONSENT ORDER
AWARDING ATTORNEYS' FEES AND COSTS

By order of February 20, 2004, this Court approved the settlement agreement reached by the parties on December 22, 2003.  That settlement agreement provided for the payment of plaintiffs' attorneys' fees and costs by defendant.  Subsequently, the parties reached an agreement that reasonable fees and costs for this matter amounted to $112,500.00.  Internal procedural requirements at the office of the Attorney General for the District of Columbia that apply to this particular case, are such that this payment can be processed most efficiently if the amount is contained in a court order.

The parties thus request that this Court enter the attached order at its very earliest convenience, awarding plaintiffs and their counsel $112,500.00 in fees and costs.

MOMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' CONSENT MOTION FOR ENTRY OF CONSENT ORDER

1.  The inherent authority of this Court.

2.  The record herein.

                            Respectfully submitted,

                            ROBERT J. SPAGNOLETTI

Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____

EDWARD P. TAPTICH [#012914 ]
Chief,  Equity Section 2

_____

CARY D. POLLAK [#055400]
Senior Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6604
cary.pollak@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


YUSUF S. ABDULLAH, et al.,

       Plaintiffs,

                                  C. A. No. 00CV01295 RJL

   v.

DISTRICT OF COLUMBIA, et al.,

       Defendants.


## ORDER

Upon consideration of defendants' consent motion for entry of consent order

awarding attorneys' fees and costs, and the lack of opposition thereto, it is by the Court,

this              day of                     , 2005,

ORDERED:  that defendants' consent motion is granted; and it is

FURTHER ORDERED: that defendants shall pay plaintiffs and/or their counsel the sum

of $112,500.00 for attorneys' fees and costs in this matter.


                                        _____

                                        RICHARD J. LEON
                                        UNITED STATES DISTRICT JUDGE