UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YUSUF S. ABDULLAH, et al.,

    Plaintiffs,

    v.

DISTRICT OF COLUMBIA, et al.,

    Defendants.

C. A. No. 00CV01295 RJL

## ORDER

Upon consideration of defendants' consent motion for entry of consent order awarding attorneys' fees and costs, and the lack of opposition thereto, it is by the Court, this 29th day of Oct., 2005,

ORDERED: that defendants' consent motion is granted; and it is

FURTHER ORDERED: that defendants shall pay plaintiffs and/or their counsel the sum of $112,500.00 for attorneys' fees and costs in this matter.

                                                                            RICHARD J. LEON
                                                                            UNITED STATES DISTRICT JUDGE